UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FILED
FEB 06 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DARLENE CORTEZ,  )
          Plaintiff,  )
          v.  )  Civil Action No.: 1:19-cv-00176 (UNA)
MOHAMMED BIN SALMAN
ABDULAZZIZ ALSAUD, *et al.*,  )
          Defendants.  )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and motion for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* motion [2] and the complaint [1] will be dismissed without prejudice.

The instant complaint is substantially similar, if not identical, to another filed by plaintiff in a recent lawsuit, *see Cortez v. Mohammed Bin Salman Abdulazziz Alsaud, et al.*, No. 19-cv-00100 (UNA) (D.D.C. entered Jan. 25, 2019), and this matter will be dismissed as duplicative.

An Order is issued separately.

                                                            United States District Judge

Date: February 6, 2019